## J. S. French v. State.

### No. 2253.   Decided February 5, 1913.

**Stock Law—Recognizance—Appeal Bond.**

Where, upon appeal from a conviction of the stock law, the record showed that appellant did not enter into a recognizance during term time, but after adjournment entered into an appeal bond, this court has no jurisdiction.

Appeal from the County Court of Jones. Tried below before the Hon. Joe C. Randel.

Appeal from a conviction of violating the stock law; penalty, a fine of $5.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, Judge.—The term of court at which appellant was tried adjourned September 28, 1912. He did not enter into a recognizance during term time, but after the adjournment of court undertook to perfect his appeal by entering into an appeal bond. This being a conviction for a misdemeanor, the appeal bond confers no jurisdiction on this court. Herron v. State, 27 Texas, 377; Jones v. State, 1 Texas Crim. App., 485; Arnold v. State, 3 Texas Crim. App., 437.

The appeal is dismissed.

*Dismissed.*